IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ford Jr, Ronald

Printed:  12/13/07

Case Number:  05 B 30266
Judge:  Hollis, Pamela S
Filed:  8/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  September 6, 2007
Confirmed:  September 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,117.57 |  |
| Secured: |  | 8,534.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 589.53 |
| Other Funds: |  | 0.03 |
| Totals: | 11,117.57 | 11,117.57 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 1,994.00 | 1,994.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 10,000.00 | 2,522.30 |
| 4. | Wells Fargo Bank | Secured | 12,267.34 | 6,011.71 |
| 5. | Illinois Dept of Revenue | Priority | 2,142.03 | 0.00 |
| 6. | Internal Revenue Service | Priority | 212.92 | 0.00 |
| 7. | Credit Bureau Of Ukiah | Unsecured | 123.35 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 6.06 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 84.79 | 0.00 |
| 10. | Capital One | Unsecured | 57.39 | 0.00 |
| 11. | Card Member Services | Unsecured | 76.08 | 0.00 |
| 12. | Wells Fargo Bank | Unsecured | 573.21 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 84.00 | 0.00 |
| 14. | M F G Financial Inc | Unsecured | 269.81 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 61.68 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 33.34 | 0.00 |
| 17. | Credit Bureau Accts Collections & Servs | Unsecured |  | No Claim Filed |
| 18. | Carsons | Unsecured |  | No Claim Filed |
| 19. | Adventist Health Partners | Unsecured |  | No Claim Filed |
| 20. | Household Credit Services | Unsecured |  | No Claim Filed |
| 21. | First National Bank of Omaha | Unsecured |  | No Claim Filed |
| 22. | Methodist E R Physicians | Unsecured |  | No Claim Filed |
| 23. | Linebarger Goggan Blair & Simpson | Unsecured |  | No Claim Filed |
| 24. | Nicor Gas | Unsecured |  | No Claim Filed |
| 25. | SBC | Unsecured |  | No Claim Filed |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Ford Jr, Ronald

Printed:  12/13/07

Case Number:  05 B 30266

Judge:  Hollis, Pamela S

Filed:  8/2/05

_____          _____
$ 27,986.00          $ 10,528.01

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.5% | 270.34 |
| 5% | 49.15 |
| 4.8% | 94.37 |
| 5.4% | 175.67 |

_____
$ 589.53

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

